FILED:  March 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4435 (L)

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

DAMIAN EARL ROSS,

        Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed March 13, 2025, as follows:

On page 4, the second full sentence is corrected to read, "We therefore conclude that Ross entered his plea knowingly and voluntarily, and that a factual basis supported the plea."

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk